IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KATHLEEN M. HAGEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON/MSD CONSUMER PHARMACEUTICALS COMPANY and/or JOHNSON &JOHNSON CONSUMER COMPANIES, INC.; MENTOR WORLDWIDE, LLC, a/k/a MENTOR CORP.; ETHICON, INC.; JOHN DOES/JANE DOES 1-30, andUNKNOWN BUSINESSES and/or CORPORATIONS A-Z,<br><br>Defendants. | Case No. 12-2129-JAR-KMH |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHNSON & JOHNSON, JOHNSON & JOHNSON/MSD
CONSUMER PHARMACEUTICALS COMPANY, JOHNSON & JOHNSON
CONSUMER COMPANIES, INC., AND ETHICON, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Kathleen Hagen and Defendants Mentor Worldwide LLC, Johnson & Johnson, Johnson & Johnson/MSD Consumer Pharmaceuticals Company, Johnson & Johnson Consumer Companies, Inc., and Ethicon, Inc., hereby agree and stipulate that all claims against Johnson & Johnson, Johnson & Johnson/MSD Consumer Pharmaceuticals Company, Johnson & Johnson Consumer Companies, Inc., and Ethicon, Inc. only in this action be dismissed without prejudice, with each party to bear its own expenses.

Dated:  March 27, 2012                                  Respectfully submitted,


s/ Russell S. Demeron     (w/ consent)                  s/ Thomas N. Sterchi
Russell S. Demeron                                      Thomas N. Sterchi
WATSON &DEMERON, LLP                                    Bryan E. Mouber
2500 Holmes Street                                      Baker Sterchi Cowden & Rice L.L.C.
Kansas City, Missouri 64108-2743                        2400 Pershing Road, Suite 500
Tel:  (816) 474-3350                                    Kansas City, MO 64108-2533
Fax:  (816) 474-3351                                    Tel:  (816) 471-2121
russ@kctriallawyers.com                                 Fax:  (816) 472-0288
                                                        sterchi@bscr-law.com
Attorneys for Plaintiff                                 mouber@bscr-law.com

OF COUNSEL:

Dustin B. Rawlin, Ohio State Bar No. 0072870
*Pro hac vice* application forthcoming
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Tel:  (216) 592-5000
Fax:  (216) 592-5009
drawlin@tuckerellis.com


*Attorneys for Defendants Mentor Worldwide LLC, Johnson & Johnson, Johnson & Johnson/MSD Consumer Pharmaceuticals Company, Johnson & Johnson Consumer Companies, Inc., and Ethicon, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Stipulation of Dismissal Without Prejudice of Defendants Johnson & Johnson, Johnson & Johnson/MSD Consumer Pharmaceuticals Company, Johnson & Johnson Consumer Companies, Inc., and Ethicon, Inc., has been served via the Court's electronic filing system and via U.S. Mail on the following, this 27th day of March, 2012:

Russell S. Demeron
WATSON &DEMERON, LLP
2500 Holmes Street
Kansas City, Missouri 64108-2743

**Attorney for Plaintiff Kathleen M. Hagen**

s/
*An Attorney for Defendant*
*Mentor Worldwide LLC*